BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
R. MICHAEL UNDERHILL
Attorney in Charge
CA State Bar No. 104986
FRANK J. ANDERS
Trial Attorney
CA State Bar No. 227208
U.S. Department of Justice
Civil Division, Torts Branch, West Coast Office
450 Golden Gate Avenue, Room 75395, P.O. Box 36028,
San Francisco, California 94102-3463
Telephone: (415) 436-6630; (415) 436-6644
Facsimile: (415) 436-6632
E-mail: mike.underhill@usdoj.gov, franklin.j.anders@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 5:16-cv-01479- EJD |
| Plaintiff, | |
| vs. | |
| DANIEL SHERER, PATRICK ANDERSON, A&S FISHERIES, INC., and DOE DEFENDANTS I – V, | STIPULATED DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ACTIONS BY ALL PARTIES (FRCP 41) |
| Defendants. | |

WHEREFORE, no answers or motions for summary judgment having been filed, and pursuant to the consents of the parties and related entities, by and through the respective undersigned counsel, it is hereby stipulated pursuant to Rule 41(a) and (c) of the Fed.R.Civ.P.:

1. The First Amended Complaint and action of plaintiff United States against defendants DANIEL SHERER, PATRICK ANDERSON, A&S FISHERIES, INC., DOE DEFENDANTS I – V, *in personam*, and any potential claims against F/V IRISH, *in rem*, and against any and all of said Defendants' and entities' agents, employees, successors, vessels, and

assigns with respect to all claims and causes of actions that arise from, or relate to, the incident concerning Scientific Mooring MS1 and the matters alleged in the First Amended Complaint, are hereby dismissed with prejudice;

    2.    Any and all *in personam* and/or *in rem* claims, counterclaims, cross-claims, third-party claims, and any other claims and causes of action that potentially could have been brought against the United States, its agents, employees, vessels, and others for whom it was responsible, by Defendants DANIEL SHERER, PATRICK ANDERSON, A&S FISHERIES, INC., DOE DEFENDANTS I – V, F/V IRISH, and by any and all of said Defendants' and entities' agents, employees, successors, vessels, and assigns that arise from, or relate to, the incident concerning Scientific Mooring MS1 and the matters alleged in the First Amended Complaint, are hereby dismissed with prejudice;

    3.    Each party shall bear its own costs and fees.

IT IS SO STIPULATED.

Dated: May 18, 2016.

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
R. MICHAEL UNDERHILL
Attorney in Charge

/s/ Frank J. Anders
FRANK J. ANDERS
Trial Attorney
U.S. Department of Justice, Civil Division,
Torts Branch, West Coast Office
450 Golden Gate Avenue, Room 75395
P.O. Box 36028
San Francisco, California 941023463
Telephone: (415) 436-6648

Attorneys for United States of America

//

//

Dated: May 14, 2016.

Hathaway Perrett Webster
Powers Chrisman & Gutierrez

By: ROBERT A. BARTOSH

Attorneys for DANIEL SHERER, PATRICK ANDERSON, A&S FISHERIES, INC., DOE DEFENDANTS I – V, *in personam*, and F/V IRISH, *in rem*, et al.

IT IS SO ORDERED

The Clerk shall close this file.

DATED: 5/20/2016

Edward J. Davila
United States District Judge